NOT FOR PUBLICATION                                        **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHA-KAARII S. MELENDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW JERSEY DEPARTMENT )<br>OF CHILDREN AND FAMILIES )<br>(DIVISION OF YOUTH AND )<br>FAMILY SERVICES), GLORIA )<br>CAMERON, SEBASTIAN )<br>ANTHONY, CARLOS NOVOA, )<br>GAIL HUNTER, MICHAEL )<br>FRASER, CHARLOTTE )<br>MUNNERLYNN, PATRICIA EL )<br>BRUCE, JEAN LOUIS-HANSY, )<br>REGINA TROUTMAN, JOANNA )<br>KARINICOLA, JOYCE SMITH, )<br>HENRY EKUNWE, DAVID SIMS, )<br>ALLAN DUWAN, JUSTIN )<br>KURLAND, ALEXIS MENDOZA, )<br>NICHOLE NUNES, LEA )<br>DEGUILIO, CHRIS ARNOLD, and )<br>JOHN DOES 1-10, )<br>)<br>Defendants. )<br>) | Civil Action No.: 08-1339<br><br>**O R D E R** |

**LINARES**, District Judge.

This matter comes before the Court on the motion to amend the complaint [CM/ECF #34] filed by Plaintiff Sha-Kaarii Melendez ("Plaintiff" or "Melendez") and the motion to dismiss [CM/ECF #36] filed by Defendants Sebastian Antony, Carlos Novoa, Gloria Cameron-Walton,

-1-

and Joyce Smith (collectively "Defendants"). No oral argument was held. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

IT IS on this ___16th___ day of March, 2010,

**ORDERED** that Defendants' motion to dismiss [CM/ECF #34] is GRANTED; and it is further

**ORDERED** that the Plaintiff's motion to amend [CM/ECF #36] is DENIED; and it is further

**ORDERED** that the Clerk close this case.

_____
Jose L. Linares
United States District Judge